UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

CANDICE HEYAIME,

        Plaintiff,

vs.

SPIRIT AIRLINES, INC,
A Foreign Profit Company,

        Defendants.

_____/


**SUMMONS IN A CIVIL CASE**

TO: Spirit Airlines, via its registered agent:
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525
**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S
ATTORNEY**

Anthony M. Georges-Pierre, Esq.
REMER & GEORGES-PIERRE, PLLC COURTHOUSE TOWER
44 West Flagler Street, Suite 2200
Miami, FL 33130


An Answer to the Complaint, which is herewith served upon you, within 21 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                        DATE



_____
(BY) DEPUTY CLERK