UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:21-cv-61779-BB

CANDICE HEYAIME,

    Plaintiff,

v.

SPIRIT AIRLINES, INC.,

    Defendant.

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Parties, Plaintiff, Candice Heyaime, and Defendant, Spirit Airlines, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its / her own attorney's fees and costs.

| | |
|---|---|
| **Dated**: February 23, 2022 | Respectfully Submitted, |
| */s/ Max L. Horowitz*<br>Anthony M. Georges-Pierre<br>Florida Bar No.: 533637<br>E-Mail: agp@rgpattorneys.com<br>Max L. Horowitz<br>Florida Bar No.: 118269<br>E-Mail: mhorowitz@rgpattorneys.com<br>**REMER & GEORGES-PIERRE, PLLC**<br>Courthouse Tower<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 416-5000<br>Facsimile: (305) 416-5005<br><br>*Attorneys for Plaintiff* | */s/ Miguel A. Morel*<br>Miguel A. Morel<br>Florida Bar No.: 89163<br>E-mail: mamorel@littler.com<br>**LITTLER MENDELSON, P.C.**<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552<br><br>*Attorneys for Defendant* |