UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-61779-BLOOM/Valle

CANDICE HEYAIME,

    Plaintiff,

v.

SPIRIT AIRLINES, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [26] ("Stipulation"), filed on February 23, 2022. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [26]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 24, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Case No. 21-cv-61779-BLOOM/Valle

Copies to:

Counsel of Record